## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISMAEL MOHAMMED, | : | CIVIL ACTION |
| | : | |
| Petitioner | : | NO. 13-2669 |
| | : | |
| v. | : | |
| | : | |
| WAYNE J. GAVIN, et al., | : | |
| | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this $8$ day of ~~to~~ $\text{Dec}$ , 2013, upon careful and independent consideration of the Petition for Writ of Habeas Corpus filed February 25, 2013; the Response to Petition for Writ of Habeas Corpus filed November 1, 2013; and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated November 7, 2013, **IT IS HEREBY ORDERED** that:

1.  the R&R is **APPROVED** and **ADOPTED**;

2.  the Petition for Writ of Habeas Corpus is **DENIED** with prejudice and **DISMISSED** without an evidentiary hearing; and

3.  there is no probable cause to issue a certificate of appealability.

BY THE COURT:

MARY A. MCLAUGHLIN, J.